IN THE UNITED STATES
DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRENDA WALKER, individually and as Personal Representative of the Estate of HENRY LEE WALKER, deceased, for the benefit of his survivors and the Estate,

    Plaintiffs,          CASE NO.: 6:22-cv-01761-PGB-DAB

v.

CORIZON HEALTH, INC., a foreign limited liability company, NURSES JANE DOES and NURSE JOHN DOES 1-8, individually and as employees of CORIZON HEALTH OF FLORIDA LLC., CHS FL, LLC d/b/a YESCARE, CHS TX, INC. d/b/a YESCARE, WAYNE IVEY, in his official capacity as Sheriff of Brevard County, Florida; MAJOR ROSS TORQUATO, in his supervisor role as jail watch commander; and DEPUTIES JOHN and DEPUTIES MARY DOES 1-8, individually and as an employee or agent of the Brevard County Sheriff's Office,

    Defendants.

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1)    The name of each person, attorney, association of persons, firm, law

--

firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Brenda Walker, Plaintiff

Estate of Henry Lee Walker,

Plaintiff

Henry Lee Walker, deceased,

Plaintiff

Orlando Sheppard,Esq., Co-Counsel

for Plaintiff

James R. Tanner, Esq., Co-Counsel for

Plaintiff

Corizon Health, Inc., Defendant

Nurses Jane Does and Nurses John Does 1-8, individually and

as employees of Corizon Health of Florida LLC, Defendant

CHS FL, LLC d/b/a YESCARE,

Defendant

Wayne Ivey, Defendant

Major Ross Torquato, Defendant

--

>Deputies John and Deputies Mary Does 1-8, individually and as
>
>an employee or agent of Brevard County Sheriff's Office,
>
>Defendant

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   None.

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   None known.

4) The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   Brenda Walker

   Estate of Henry Lee Walker

   Henry Lee Walker

   I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge or Magistrate Judge assigned to this case, and

--

will immediately notify the Court in writing upon learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Respectfully submitted this the 4th day of November 2022.

/s/Orlando Sheppard
Orlando Sheppard, Esq. FBN: 118424
121 South Orange Ave., Suite 1500
Orlando, FL 32801
Phone: 407-992-6145
Fax: 866-531-0845
E-mail: orlando@bsflegal.com
*Co-Counsel for Plaintiffs*

--