# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**BRENDA WALKER,**

    **Plaintiff,**

v.                                          **Case No: 6:22-cv-1761-PGB-DAB**

**CORIZON HEALTH, INC.,
CORIZON HEALTH OF
FLORIDA LLC, CHS FL, LLC,
CHS TX, INC, WAYNE IVEY and
ROSS TORQUATO,**

    **Defendants.**
_____/

## ORDER TO SHOW CAUSE

This case is before the Court upon periodic review. Defendants **Wayne Ivey and Ross Torquato** have failed to comply with the Court's Order of September 27, 2022 directing counsel to file a Certificate of Interested Persons within fourteen (14) days of an appearance in the case.

Therefore, it is **ORDERED** that Defendants shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in the imposition of appropriate sanctions without further notice.

**DONE AND ORDERED** in Orlando, Florida on March 8, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record