IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

BRENDA WALKER, individually and as
Personal Representative of the Estate of
HENRY LEE WALKER, deceased, for the
benefit of his survivors and the Estate,

    Plaintiff,    Case No.: 6:22-cv-01761-PGB-DAB

vs.

CORIZON HEALTH, INC., a foreign limited liability company NURSES JANE DOES
and NURSES JOHN DOES 1-8, individually and as employees
of CORIZON HEALTH OF FLORIDA LLC., CHS FL, LLC d/b/a
YESCARE, CHS TX, INC. d/b/a YESCARE, WAYNE IVEY, in his
official capacity as Sheriff of Brevard
County, Florida; MAJOR ROSS TORQUATO, in his supervisor
role as jail watch commander; and DEPUTIES JOHN and
DEPUTIES MARY DOES1-8, individually and as an employee
or agent of the Brevard County Sheriff's Office,

    Defendants.
_____/

## MOTION TO STAY PROCEEDING

Plaintiffs, BRENDA WALKER, individually and as Personal Representative of the Estate of HENRY LEE WALKER, deceased, for the benefit of his survivors and the Estate, by and through his undersigned counsel respectfully requests, with the consent of Counsel, that the Court stay all proceedings in this case and in support thereof states:

2

1) On February 21, 2023, Counsel for Corizon Health, Inc., Nurses Jane and John Does 1-8, Corizon Health of Florida LLC, CHS FL LLC, CHS TX LLC filed a Suggestion of Bankruptcy on behalf of Corizon Health, Inc.

2) On February 22, 2023, the Court entered an order staying the case as it relates to Corizon Health, Inc., only.

3) Plaintiff intends to seek relief from the stay in the Bankruptcy case to proceed with litigation and discovery against Corizon Health, Inc..

4) For the sake of judicial economy and efficiency and not having to relitigate issues, Plaintiff believes it would be prudent to stay this case until such time as the stay can be lifted in the Bankruptcy case.

5) Plaintiff has conferred with counsel for Defendants and Defendants consent to the stay.

6) Plaintiff requests that this stay include, but not be limited to, a suspension of all discovery and of the deadlines for filing further pleadings and conducting pretrial or scheduling conferences.

## **CERTIFICATE OF GOOD FAITH EFFORT**

Pursuant to Middle District Local Rule 3.01(g), I HEREBY CERTIFY that prior to the filing of this Motion I conferred in good faith with opposing counsel in this case in an effort to resolve the issues raised therein, that the means by which the conference occurred was by phone call on March 13, 2023 and March 14, 2023, and that the parties consent to this motion..

Respectfully submitted this the 14th day of March 2022.

*/s/Orlando Sheppard*
Orlando Sheppard, Esq. FBN: 118424
121 South Orange Ave., Suite 1500

Orlando, FL 32801
Phone: 407-992-6145
Fax: 866-531-0845
E-mail: orlando@bsflegal.com
Co-Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March 2023 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

<u>/s/Orlando Sheppard</u>
*Co-Counsel for Plaintiff*